NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM BURRELL IV,                  )
                                     )
            Petitioner,              )
                                     )
v.                                   )          Case No. 2D18-2559
                                     )
NATALIE BELL,                        )
                                     )
            Respondent.              )
_____ )


Opinion filed October 25, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Emmett
Lamar Battles, Judge.

William Burrell IV, pro se.

Ryan Hutchinson of Hutch Firm /
Injury Advocates, Tampa, for
Respondent.


PER CURIAM.


        Denied.


NORTHCUTT, BLACK, and SALARIO, JJ., Concur.